UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOEY L. McROYAL,

Plaintiff

v.

GODINEZ, et al.,

Defendants

Case No. 2:25-cv-02133-CDS-MDC

**ORDER**

On October 30, 2025, pro se plaintiff Joey McRoyal, an inmate at Nevada Southern Detention Center, submitted a civil-rights complaint for an inmate and applied to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). Plaintiff's application to proceed *in forma pauperis* is incomplete because Plaintiff did not include an inmate trust fund account statement for the previous six-month period with the application. (*See* ECF No. 1). Even if Plaintiff has not been at the facility for a full six-month period, Plaintiff must still submit both a financial certificate and an inmate account statement for the dates he has been at the facility. The Court will deny Plaintiff's application without prejudice and give Plaintiff the opportunity to correct this deficiency **by January 2, 2026**.

I.    **DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is

1 | properly signed by both the inmate and a prison or jail official; and (3) a copy of the

2 | **inmate's prison or jail trust fund account statement for the previous six-month**

3 | **period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis*

4 | status does not relieve an inmate of his or her obligation to pay the filing fee, it just means

5 | that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

6 | **II.     CONCLUSION**

7 | It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 1)

8 | is denied without prejudice.

9 | It is further ordered that Plaintiff has **until January 2, 2026**, to either pay the full

10 | $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all

11 | three of the following required documents:

12 | (i) a completed application with the inmate's two signatures on page 3,

13 | (ii) a completed financial certificate that is signed both by the inmate and

14 | the prison or jail official, and

15 | (iii) a copy of the inmate's trust fund account statement for the previous six-month period,

16 | or since inmate has been in custody if lesser than six months.

17 | Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

18 | Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

19 | to refile the case with the Court, under a new case number, when Plaintiff can file a

20 | complete application to proceed *in forma pauperis* or pay the required filing fee.

21 | The Clerk of the Court is directed to send Plaintiff this Court's approved form

22 | application to proceed *in forma pauperis* for an inmate with instructions.

23 |

24 | DATED: November 4, 2025

25 |

26 | _____
UNITED STATES MAGISTRATE JUDGE

27 |

28 |

- 2 -